UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TABATHA LOVING-YAGER,

    Plaintiff,

v.                            CASE NO:  8:10-cv-881-T-33AEP

NOBLE MANAGEMENT GROUP, LLC,

    Defendant.
_____/

### ORDER

This cause comes before the Court pursuant to Defendant Noble Management Group, LLC's Motion to Set Aside or Vacate the Clerk's Entry of Default and Response to Plaintiff's Verified Motion for Default Judgment (Doc. # 10). Plaintiff Tabatha Loving-Yager failed to filed a response in opposition.

Rule 55(c) of the Federal Rules of Civil Procedure provides that "[t]he court may set aside an entry of default for good cause . . . ." Fed. R. Civ. P. 55(c). Some of the factors that a court may consider in determining whether good cause is shown for setting aside an entry of default include: (1) whether there was excusable neglect on the part of the defaulting party for not answering the complaint; (2) whether the defaulting party responded promptly after notice of the entry of default; (3) whether setting aside the default will not prejudice the non-defaulting party; and (4) whether the

defaulting party had a meritorious defense. <u>Boron v. West Tex. Exports, Inc.</u>, 680 F. Supp. 1532, 1536 (S.D. Fla. 1988), <u>aff'd</u>, 869 F.2d 1500 (11th Cir. 1989); <u>see also</u> <u>Compania Interamericana Export-Import, S.A. v. Compania Dominicana de Aviacion</u>, 88 F.3d 948, 951-52 (11th Cir. 1996).

The Court finds that all these factors have been met in the case at bar, and Noble Management Group, LLC has established good cause for setting aside the entry of default.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED:**

(1) Noble Management Group, LLC's Motion to Set Aside or Vacate the Clerk's Entry of Default (Doc. # 10) is **GRANTED.**

(2) The Clerk is directed to set aside the clerk's entry of default (Doc. # 8).

(3) Tabatha Loving-Yager's Verified Motion for Default Judgment as to Defendant Noble Management Group, LLC (Doc. # 9) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>12th</u> day of August, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Parties and Counsel of Record